UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EMERGENCY COMMUNICATIONS | ) | |
| DISTRICT OF METROPOLITAN | ) | |
| NASHVILLE AND DAVIDSON | ) | NO. 3:11-0501 |
| COUNTY, et al. | ) | JUDGE SHARP |
| | ) | |
| v. | ) | |
| | ) | |
| BELLSOUTH TELECOMMUNICATIONS, | ) | |
| INC., et al. | ) | |

## ORDER

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE