IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMERGENCY COMMUNICATIONS DISTRICT OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY, and THE EMERGENCY COMMUNICATIONS DISTRICT OF LINCOLN COUNTY, on behalf of themselves and other Emergency Communications Districts within the State of Tennessee<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC.; and CHARTER COMMUNICATIONS, INC. | No. 3-11-0501 |

O R D E R

I hereby RECUSE myself in this case.

The Clerk is directed to reassign this case to another Magistrate Judge.

The initial case management conference, originally scheduled on August 19, 2011, is CANCELLED, and will be rescheduled upon reassignment to another Magistrate Judge.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge