# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EMERGENCY COMMUNICATIONS ) <br> DISTRICT of METROPOLITAN ) <br> NASHVILLE and DAVIDSON COUNTY, ) <br> et al., ) <br> ) <br>        **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> BELLSOUTH TELECOMMUNICATIONS, ) <br> INC., et al., ) <br> ) <br>        **Defendants.** ) | **CASE NO. 3:11-00501** <br> **JUDGE CAMPBELL/KNOWLES** <br><br> **JURY DEMAND** |

## ORDER

    I hereby recuse myself in the above-styled action.

                                                                                       _____
                                                                                       E. Clifton Knowles
                                                                                       United States Magistrate Judge